# ALABAMA COURT OF CRIMINAL APPEALS



May 2, 2025

**CR-2024-0787**

James Henry Davis v. State of Alabama (Appeal from Pike Circuit Court: CC-09-128.62)

## NOTICE

You are hereby notified that on May 2, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk